# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00224-CV

**In re R. Wayne Johnson**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Justices Puryear, Pemberton and Henson

Filed:   July 19, 2012